| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas

**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

Brenda F. Graham, §
    Plaintiff, §
 §
v. § Civil Action H-20-4184
 §
Houston Methodist The §
Woodlands Hospital, et al., §
    Defendants. §

## Order of Adoption

On October 5, 2021, Magistrate Judge Peter Bray recommended that the court grant The Houston Methodist Woodlands Hospital's motion to dismiss for lack of subject matter jurisdiction and dismiss the case without prejudice. (30) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. A separate final judgment will issue.

Signed at Houston, Texas, on November __12__, 2021.

Lynn N. Hughes
United States District Judge